No. 295. DIGGS *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. *George Stone* for petitioner. *Eugene F. Black,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, *Daniel J. O'Hara,* Assistant Attorney General, and *H. H. Warner* for respondent.

No. 332. UNITED STATES *v.* PFOTZER ET AL. Court of Claims. Certiorari denied. *Solicitor General Perlman* for the United States. *John W. Gaskins* for respondents.

No. 335. JOSEPH MARTINELLI & Co., INC. *v.* L. GILLARDE Co. C. A. 1st Cir. Certiorari denied. *Arthur V. Getchell* for petitioner. *Henry J. Stein* for respondent.

No. 343. UNITED SHOE MACHINERY CORP. *v.* KAMBORIAN ET AL. C. A. 1st Cir. Certiorari denied. *Merwin F. Ashley* for petitioner. *Charles S. Grover* for respondents.

No. 347. RAINEY *v.* CARTLIDGE ET AL. C. A. 5th Cir. Certiorari denied. *Duke Duvall* for petitioner.

Nos. 352 and 353. KENT FOOD CORP. ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioners. *Solicitor General Perlman* and *Robert S. Erdahl* for the United States.

No. 356. CENTURY INDEMNITY Co. *v.* ROSENBAUM, TRUSTEE IN BANKRUPTCY, ET AL. C. A. 2d Cir. Certiorari denied. *Samuel Gottesman* for petitioner. *Chaun-*